FILED
2022 Oct-05  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RONALD MATTHEW SANDLIN,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| **v.** ) | |
| ) | **CIVIL ACTION NO.** |
| ) | _____ |
| **TOWER LOAN, LLC** ) | |
| **D/B/A GULFCO OF ALABAMA,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, and while preserving all defenses, including those under Fed. R. Civ. P. 12, Gulfco of Alabama, LLC files this Notice of Removal of the civil action styled *Ronald Matthew Sandlin v. Tower Loan, LLC DBA Gulfco of Alabama*, from the Circuit Court of Cullman County, Alabama, to the United States District Court for the Northern District of Alabama, Northeastern Division. In support of this Notice, Gulfco of Alabama, LLC states the following:

**I.   INTRODUCTION AND BACKGROUND.**

1. Plaintiff is an adult resident citizen of Cullman County, Alabama.

2. There is no entity known as either "Tower Loan, LLC" or "Tower Loan, LLC d/b/a Gulfco of Alabama." Plaintiff's former employer, and the entity whose store manager employee was provided with a copy of the Summons and Complaint,

Gulfco of Alabama, LLC ("Gulfco"), is a corporation organized and existing under the laws of the State of Alabama.

3. As required by 28 U.S.C. § 1446(a), attached as Exhibit A is a copy of all process, pleadings and other orders provided to Gulfco. A copy of the state court record is attached as Exhibit B.

## II. GROUNDS FOR REMOVAL.

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is being filed within 30 days of the September 7, 2022 date on which Gulfco's store manager employee was provided with the Summons and Complaint.

5. In Count III of this five-count Complaint, Plaintiff alleges an unpaid overtime claim for which the Fair Labor Standards Act (29 U.S.C. §§ 206) "is the exclusive remedy" in the State of Alabama. *See Tombrello v. USX Corporation*, 763 F. Supp. 541, 545 (N.D. Ala 1991). Because the Plaintiff asserts a right to relief governed by federal law, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, and this removal is proper under 28 U.S.C. §§ 1441 and 1446.

6. Additionally, this Court may exercise supplemental jurisdiction over Plaintiff's purported state-law claims (Counts I, II, IV, V), pursuant to 28 U.S.C. § 1367, because they too arose out of Plaintiff's employment with Gulfco and are "so related" to the federal claim as to "form part of the same case of controversy."

7. Venue is proper in the United States District Court for the Northern District of Alabama, Northeastern Division, because the state court action was filed in that district and division (where Plaintiff also worked). *See* 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Gulfco is simultaneously providing a copy of this Notice of Removal to Plaintiff, who is unrepresented, and filing it with the Clerk of the Circuit Court of Cullman County, Alabama.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully removes the state court action from the Circuit Court of Cullman County, Alabama, to this Court under 28 U.S.C. §§ 1441, and 1446.

Respectfully submitted,

*/s/ Emily Slay Walters*
Emily Slay Walters (ASB-8736-N58Z)
***Attorney for Gulfco of Alabama, LLC***

**OF COUNSEL:**

WATKINS & EAGER PLLC
1904 1st Avenue North, Suite 300
Birmingham, AL 35203
Telephone: 205.598.2100
ewalters@watkinseager.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day mailed a true and correct copy of the above and foregoing document to the following:

Robert Matthew Sandlin
70 County Road 900
Crane Hill, Alabama 35053
***Pro se Plaintiff***

This the 5th day of October, 2022.

/s/ *Emily Slay Walters*
Of Counsel